UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Dennis Klapatch et al

    Plaintiffs

    v.                                                                        CIVIL ACTION 1:18-11581-RGS

BHI Energy I Power Services, LLC

    Defendant

## JUDGMENT

<u>STEARNS, D.J.</u>

    In accordance with the court's Electronic Order issued on June 24, 2020, it is hereby ORDERED:

    Judgment enters per the terms of the settlement agreement.

                                                                                   By the court,

<u>June 24, 2020</u>                                                     <u>/s/ Arnold Pacho</u>
Date                                                                         Deputy Clerk